```
            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

IN RE:                              )    CHAPTER 11
                                    )
STEPHEN M. TIMMER,                  )    CASE NO. 15 B 19385
                                    )
                         DEBTOR.    )    HONORABLE JUDGE BARNES
```

### NOTICE OF CONTINUED 341 MEETING OF CREDITORS

TO:   SEE ATTACHED SERVICE LIST

    PLEASE TAKE NOTICE that on the 11th day of August, 2015 at 1:30 P.M. or as soon thereafter as Counsel may be heard, we shall appear before the United States Trustee in Room 804 at the Chapter 11 Trustee's Office, 219 S. Dearborn Street, Chicago, Illinois, and then and there hold the 341 MEETING OF CREDITORS, at which time and place you may appear if you so desire.

```
                         BY   /S/CHRIS D. ROUSKEY
                              CHRIS D. ROUSKEY
                           ROUSKEY AND BALDACCI
                           151 SPRINGFIELD AVENUE
                           JOLIET, ILLINOIS 60435
                                815-741-2118
                        IL REGISTRATION NO. 03123595
```

```
STATE OF ILLINOIS   )
                    )SS.
COUNTY OF WILL      )
```

### CERTIFICATE OF SERVICE

    The Undersigned, an Attorney, certifies that he served a copy of the foregoing pleadings upon the above-named parties by causing the same to be mailed via First Class U.S. Mail, postage prepaid, at Joliet, Illinois on July 23, 2015.

```
                            /S/CHRIS D. ROUSKEY
                              CHRIS D. ROUSKEY
                           ROUSKEY AND BALDACCI
                           151 SPRINGFIELD AVENUE
                           JOLIET, ILLINOIS 60435
                                815-741-2118
                        IL REGISTRATION NO. 03123595
```

**SERVICE LIST**

Mr. Roman Sukley
UNITED STATES TRUSTEE
219 S. Dearborn Street, #873
Chicago, IL 60604

CW MEZZANINE FUND, LLC
C/O Attorney Roy Bernstein
ARNSTEIN & LEHR
120 S. Riverside Plaza, #1200
Chicago, IL 60606

FIRST COMMUNITY BANK
C/O Attorney John Potter
TWOHEY MAGGINI
161 Ottawa Avenue, N.E., #212
Grand Rapids, MI 49503

JP MORGAN CHASE BANK
C/O Attorney Lauren Newman
THOMPSON COBURN
55 E. Monroe Street, 37th Floor
Chicago, IL 60603

HINSDALE BANK & TRUST COMPANY
25 E. First Street
Hinsdale, IL 60521

HSBC BANK USA
C/O Attorney Dean R. Prober
PROBER & RAPHAEL
20750 Ventura Blvd., #100
Woodland Hills, CA 91364

MASTER CARD
Post Office Box 6000
The Lakes, NV 89163

NEIMAN MARCUS
1301 E. Tower Road
Schaumburg, IL 60173

VISA
Post Office Box 4521
Carol Stream, IL 60197

WELLS FARGO BANK
ALP Department
E2717-023
Post Office Box 19733
Irvine, CA 92623