```
              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION
```

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| STEPHEN M. TIMMER, | ) | CASE NO. 15 B 19385 |
| | ) | |
| DEBTOR. | ) | HONORABLE JUDGE BARNES |

### NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST

   PLEASE TAKE NOTICE that on the 17th day of August, 2016 at 9:30 A.M. or as soon thereafter as Counsel may be heard, I shall appear before the Honorable Judge Baer in Courtroom 615 at the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached DEBTOR'S MOTION FOR ENTRY OF A FINAL DECREE TO CLOSE CASE, at which time you may appear if you so desire.

```
                        BY    /S/CHRIS D. ROUSKEY
                              CHRIS D. ROUSKEY
                              ROUSKEY AND BALDACCI
                              151 SPRINGFIELD AVENUE
                              JOLIET, ILLINOIS 60435
                                 815-741-2118
                           IL REGISTRATION NO. 03123595
```

STATE OF ILLINOIS  )
                   )SS.
COUNTY OF WILL     )

### CERTIFICATE OF SERVICE

   The Undersigned, an Attorney, certifies that he served a copy of the foregoing pleadings upon the above-named parties by causing the same to be mailed via First Class U.S. Mail, postage prepaid, at Joliet, Illinois on July 26, 2016.

```
                           /S/CHRIS D. ROUSKEY
                           CHRIS D. ROUSKEY
                           ROUSKEY AND BALDACCI
                           151 SPRINGFIELD AVENUE
                           JOLIET, ILLINOIS 60435
                              815-741-2118
                        IL REGISTRATION NO. 03123595
```

## SERVICE LIST

MR. ROMAN SUKLEY
UNITED STATES TRUSTEE
219 S. DEARBORN STREET, #873
CHICAGO, IL 60604

CW MEZZANINE FUND, LLC
C/O MR. KEVIN H. MORSE
ARNSTEIN & LEHR
120 S. RIVERSIDE PLAZA, #1200
CHICAGO, IL 60606

HSBC BANK USA
C/O MR. DEAN R. PROBER
PROBER & RAPHAEL
20750 VENTURA BLVD., #100
WOODLAND HILLS, CA 91364

JP MORGAN CHASE BANK
C/O MS. LAUREN NEWMAN
THOMPSON COBURN
55 E. MONROE STREET, 37TH FLOOR
CHICAGO, IL 60603

HINSDALE BANK & TRUST COMPANY
C/O MR. DANIEL P. DAWSON
NISEN & ELLIOTT
200 W. ADAMS STREET, #2500
CHICAGO, IL 60606

NEIMAN MARCUS
C/O BASS & ASSOCIATES
3936 E. Fort Lowell Road, #200
Tucson, AZ 85712

U.S. SMALL BUSINESS ADMINISTRATION
C/O DEPARTMENT OF THE TREASURY
POST OFFICE BOX 830784
BIRMINGHAM, AL 35283

US BANK, NA
US BANK EQUIPMENT FINANCE
1310 MADRID STREET
MARSHALL, MN 56258

MASTER CARD
Post Office Box 6000
The Lakes, NV 89163

WELLS FARGO
ALP DEPARTMENT
E2717-023
POST OFFICE BOX 19733
IRVINE, CA 92623

VISA
Post Office Box 4521
Carol Stream, IL 60197

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| STEPHEN M. TIMMER, | ) | CASE NO. 15 B 19385 |
| | ) | |
| DEBTOR. | ) | HONORABLE JUDGE BARNES |

## DEBTOR'S MOTION FOR ENTRY OF A FINAL DECREE TO CLOSE CASE

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COMES THE DEBTOR, STEPHEN M. TIMMER, by and through his Attorneys, ROUSKEY AND BALDACCI by CHRIS D. ROUSKEY, and in support of his Motion for Entry of a Final Decree to Close Case states to this Honorable Court as follows:

1. That on June 3, 2015, the Debtor, STEPHEN M. TIMMER, filed a voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code.

2. That the Debtor, STEPHEN M. TIMMER, has remained in possession of his assets and continued to operate his affairs pursuant to 11 U.S.C. 1107 and 1108.

3. That no Trustee or creditor's committee was appointed in this case.

4. That on April 26, 2016, this Honorable Court entered an Order confirming the Debtor, STEPHEN M. TIMMER'S, First Amended Plan of Reorganization, hereinafter referred to as "First Amended Plan".

5. That the Debtor, STEPHEN M. TIMMER'S, First Amended Plan provides for the payment of Administrative Claims and divided the creditor body into four (4) classes of claims or interests.

-1-

6. That pursuant to the terms of the Debtor, STEPHEN M. TIMMER'S, First Amended Plan, Class 1 Claims consist of the Allowed Secured Claim of HSBC Bank (Nationstar Mortgage) in the approximate amount of $457,752.72. Pursuant to the terms of his First Amended Plan, the Debtor shall continue to make monthly installment payments to HSBC Bank (Nationstar Mortgage) in the amount of $2,270.86 each pursuant to the terms of the Note and Mortgage securing said debt until such time as the debt is paid in full. The Debtor is current in all installment payments due and owing HSBC Bank (Nationstar Mortgage).

7. That pursuant to the terms of the Debtor, STEPHEN M. TIMMER'S, First Amended Plan, Class 2 Claims consist of the Allowed Secured Claim of Hinsdale Bank & Trust Company in the approximate amount of $4,981.42. Pursuant to the terms of his First Amended Plan, the Debtor shall continue to make monthly installment payments to Hinsdale Bank & Trust Company in the amount of $715.56 each pursuant to the terms of the Retail Installment Contract securing said debt until such time as the debt is paid in full. The Debtor is current in all installment payments due and owing Hinsdale Bank & Trust Company.

8. That pursuant to the terms of the Debtor, STEPHEN M. TIMMER'S, First Amended Plan, Class 3 Claims consist of the Allowed Secured Claim of Wells Fargo Bank, D/B/A Wells Fargo Dealer Services, in the approximate amount of $9,708.36. Said

claim is secured by a 2004 Lexus RX330, which vehicle is in the possession of the Debtor's son, Nicholas Timmer.  Pursuant to terms of his First Amended Plan, the Debtor's son, Nicholas Timmer, shall continue to make monthly installment payments to Wells Fargo Dealer Services in the amount of $325.69 each pursuant to the terms of the Retail Installment Contract securing said debt until such time as the debt is paid in full.  The Debtor's son, Nicholas Timmer, is current in all installment payments due and owing Wells Fargo Dealer Services.

9.  That pursuant to the terms of the Debtor, STEPHEN M. TIMMER'S, First Amended Plan, Class 4 Claims consist of the Unsecured General Claims in the approximate amount of $2,764,529.70, with said claims being paid approximately 7.20% of their claim over a five-year period from semi-annual installments on a pro rata basis, without interest, with the first payment due 60 days after confirmation.  Said installment payments are to be paid as follows: Installments 1 and 2 in the amount of $15,000.00 each; Installments 3 and 4 in the amount of $17,250.00 each; Installments 5 and 6 in the amount of $20,000.00 each; Installments 7 and 8 in the amount of $22,250.00 each; and Installments 9 and 10 in the amount of $25,000.00 each.  The Debtor is current in all payments due and owing Class 4 Claimants.

10.  That on July 26, 2016, the Debtor, STEPHEN M. TIMMER, filed his U.S. Trustee Quarterly Report on Status of Plan

Payments for the Quarter ending June 30, 2016, indicating that all Plan payments required to be made had been made.

11. That as of the date of the filing of this Motion, all deposits required by the Debtor, STEPHEN M. TIMMER'S, First Amended Plan have been distributed; all payments under the First Amended Plan have commenced and are current; the Order confirming the First Amended Plan has become final; and there are no Motions, other than this Motion, contested matters, and/or adversary proceedings presently pending before this Honorable Court.

WHEREFORE, the Debtor, STEPHEN M. TIMMER, respectfully prays this Honorable Court for the entry of a final decree closing this Chapter 11 case, and for such other relief as this Honorable Court deems appropriate and just under the circumstances.

Respectfully Submitted,

**STEPHEN M. TIMMER**, Debtor

BY_____/S/_____
**CHRIS D. ROUSKEY**, His Attorney

CHRIS D. ROUSKEY
ROUSKEY AND BALDACCI
151 SPRINGFIELD AVENUE
JOLIET, ILLINOIS 60435
815-741-2118
IL REGISTRATION NO. 03123595

-4-