UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: <br> STEPHEN M. TIMMER | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.: 15-19385 <br><br> Chapter: 11 <br><br> Honorable Timothy Barnes |
| Debtor(s) | ) <br> ) | Adv. No.: |
| Plaintiff(s) | ) <br> ) <br> ) <br> ) | |
| Defendant(s) | ) | |

**ORDER ADMINISTRATIVELY CLOSING CHAPTER 11 CASE**

THIS MATTER COMING BEFORE THE COURT for hearing on the Debtor's Motion for Entry of a Final Decree to Close Case filed herein by the Debtor, STEPHEN M. TIMMER, to enter the final decree closing the Chapter 11 case pursuant to 11 U.S.C. 350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure; due notice having been served on all parties in interest including all creditors of the Estate; the Court having jurisdiction and being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. That the Chapter 11 case of the Debtor, STEPHEN M. TIMMER, is administratively closed.

2. That the Court will retain jurisdiction to hear all matters as specified in the confirmed First Amended Plan of Reorganization.

3. That the Debtor, STEPHEN M. TIMMER, may move to re-open this case for purposes of receiving a discharge when all Plan payments have been completed or the Debtor otherwise qualifies for a discharge under 11 U.S.C. 1141(d)(5).

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: August 17, 2016

**Prepared by:**

CHRIS D. ROUSKEY
ROUSKEY AND BALDACCI
151 SPRINGFIELD AVENUE
JOLIET, ILLINOIS 60435
815-741-2118
IL REGISTRATION NO. 03123595